UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    19 CR 351 (VM)
    - against -                     :
                                    :    **ORDER**
DALIA LUCIA ARAMBUL,                :
                                    :
            Defendant.              :
------------------------------------X

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/20

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the sentencing of the above-named defendant shall be held before Judge Marrero on Friday, June 5, 2020 at 1:00 p.m.

**SO ORDERED.**

Dated: New York, New York
       11 March 2020

VICTOR MARRERO
U.S.D.J.