```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :      19 CR 351 (VM)
                                   :
        -against-                  :
                                   :          ORDER
DALIA LUCIA ARAMBUL,               :
                                   :
             Defendant.            :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant is hereby scheduled for April 20, 2020 at 9:00 a.m. and will take place via teleconference. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         16 April 2020

*[signature]*
Victor Marrero
U.S.D.J.